IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDMAR DAVID,<br>§ Petitioner,<br>§<br>v.<br>§<br>U. S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>§ Respondent. | Case No. 3:25-CV-00222-N-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, (ECF No. 3), will be **DENIED** without prejudice by separate judgment.

**SO ORDERED** this 2nd day of February 2026.

**UNITED STATES DISTRICT JUDGE**